UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CLOYD,

    Petitioner,

v.

BURTON,

    Respondent.

Case No. 19-cv-03119-SI

**ORDER OF TRANSFER**

Re: Dkt. No. 1

Petitioner, who was convicted in Alameda County Superior Court and now is incarcerated at the Deuel Vocational Institution in Tracy, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 to challenge the Board of Parole Hearings' refusal to set a term of years for him on his 15-to-life plus three years prison sentence. The petition challenges the execution of his sentence. The prison at which petitioner is incarcerated is in San Joaquin County, within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner is confined in the Eastern District of California and challenging the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

**IT IS SO ORDERED**.

Dated: September 23, 2019

_____
SUSAN ILLSTON
United States District Judge